```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS LAZARTE, SEBASTIAN ESPITIA,  :  No. 12 Civ. 6817 (MGC)
REYNALDO MARTINEZ, DAVID CARDOZO, ABEL  :
VEGA and RODOLFO HERNANDEZ, individually and  :
on behalf of others similarly situated,  :
                                        :
            Plaintiffs,                 :
                                        :
    -against-                           :
                                        :
TAIM, LLC (d/b/a TAIM), and STEFAN NAFZIGER,  :
                                        :
            Defendants.                 :

### STIPULATION EXTENDING TIME TO ANSWER

It is hereby Stipulated and Agreed by and between the undersigned counsel to the parties in this action, as follows:

1. Defendants' time to answer, plead or otherwise move to respond to Plaintiffs' Complaint shall be and hereby is extended until February 28, 2013.

2. This stipulation and order may be executed and delivered in counterparts and by facsimile or electronic transmission. Each counterpart so transmitted shall be deemed an original, and all of the counterparts collectively shall be deemed a single document.

MICHAEL FAILLACE & ASSOCS., P.C.         TANNENBAUM HELPERN SYRACUSE
                                         & HIRSCHTRITT LLP

BY: _____            BY: _____
    Michael Faillace                         Andrew W. Singer
    60 East 42nd Street, Suite 2020          900 Third Avenue
    New York, NY  10165                      New York, NY  10022
    (212) 317-1200                           (212) 508-6700
    *Attorneys for Plaintiffs*               *Attorneys for Defendants*

DATE: 1/22/13                            DATE: 1/22/13

So ordered, January 23, 2013

/s/ _____
United States District Judge